SECOND DEPARTMENT, OCTOBER, 1942.

(October 1, 1942.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DORA STOCK et al., Respondents, v. JACK KAUFMAN, Appellant.— Lazansky, P. J.,
Hagarty, Johnston, Taylor and Close, JJ., concur.

(October 5, 1942.)

JOHN M. BINDER, Respondent, v. CARVIN BOTTLE CAP CORP., Appellant.— No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

MARY CLARKE, Respondent, v. EVA LEVINE et al., Appellants.— No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

HERBERT J. DAVIS et al., Respondents, v. TOWN OF PLEASANT VALLEY et al., Appellants.— (*Miller* v. *Edison El. Illuminating Co.*, 184 N. Y. 17.) Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

THEODORE DRIVAS, Plaintiff, v. NICHOLAS C. LEKAS et al., Defendants, and CHRIST STAIKOS, Appellant; TENYER, GREENBLATT, FALLON & KAPLAN, Respondents.— The order in so far as it directs a reference to an Official Referee to hear and determine is not appealable. (*Matter of Greenwald* [*United Kitchen Equipment Co., Inc.*], 248 App. Div. 904; *Stock* v. *Mann*, 233 App. Div. 18.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.